**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BINH T. VO, | ) NO. SACV 13-00305-SJO (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| K. CHAPPELL, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Dismissing Petition As Second Or Successive And Denying A Certificate Of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed, without prejudice, as second or successive, pursuant to 28 U.S.C. § 2244(b).

DATED: March 5, 2013.

*S. James Otero*
_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE